**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ASSISTRX, INC.,

        Plaintiff,

v.                                              Case No: 6:20-cv-930-WWB-LRH

THE ASSISTANCE FUND, INC. and
OUTBOX SYSTEMS, INC. D/B/A
SIMPLUS,

        Defendants.

_____

## ORDER

The Court has been advised by the parties' Joint Notice of Settlement that the above-styled action has been completely settled. (Doc. 65 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on March 1, 2021.

                                            WENDY W. BERGER
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record